BENJAMIN WOOLLEY, AS EXECUTOR, &c., APPELLANT, *v.*
SARAH E. WOOLLEY AND MINOR ONDERDONK,
RESPONDENTS.

Decree of surrogate affirmed, with costs to both parties out of
the estate.

Opinion by BARNARD, P. J.

---

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.*
ELIZABETH F. FLOYD AND SARAH A. VINGAT *v.*
ROBERT L. PETTY AND OTHERS, HIGHWAY COMMISSIONERS,
&c., RESPONDENTS.

Order affirmed, with costs.

Opinion by DYKMAN, J.

---

DARIUS C. DAVISON, PLAINTIFF, *v.* OLIVER BRISBIN,
DEFENDANT.

Judgment for defendant, upon submitted case, with costs.

Opinion by BARNARD, P. J.

---

SARAH A. PARISH, EXECUTRIX, &c., RESPONDENT, *v.* DANIEL
W. SMITH, APPELLANT.

Order granting new trial reversed, with costs, and judgment for
defendant for $1,436, with costs.

Opinion by DYKMAN, J.

---

EBENEZER KELLUM, AS SUPERVISOR, &c., RESPONDENT, *v.*
JOSEPH W. CLARK, JAMES WHALEY AND WILLIAM
McFARLAND, APPELLANTS.

Judgment affirmed, with costs.

Opinion by GILBERT, J.

---

THE KNICKERBOCKER LIFE INSURANCE COMPANY,
RESPONDENT, *v.* JEREMIAH WINTRINGHAM, AS RE-
CEIVER OF THE LOANERS' BANK, APPELLANT, IMPLEADED WITH
LIVINGSTON M. GUTHRIE AND OTHERS.

Judgment affirmed, with costs.

Opinion by BARNARD, P. J.